IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-822 |
| ) | |
| $8,697 in UNITED STATES CURRENCY; ) | |
| ) | |
| A 1997 BMW VEHICLE, ) | |
| VIN WBADD6324VBW17674; ) | |
| ) | |
| A 1997 FORD EXPEDITION VEHICLE, ) | |
| VIN 1FMFU18L7VLC01947; ) | |
| ) | |
| Defendants ) | |

**ORDER**

AND NOW, this 20th day of Oct, 2006, it is hereby

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved and that this civil forfeiture action is stayed until further Order of Court, including, without limitation: (1) the duties of Mark Bradford Yarbrough, Sr. and Mark Bradford Yarbrough, Jr. to file claims and answers in the event that they wish to contest this action; and (2) the duty of the United States to serve any other potential claimants. The United States may advertise this action in accordance with federal forfeiture law.

      The Clerk shall mark this case administratively closed. The United States shall notify the Court upon the conclusion of the related criminal investigation.

                                                        _____
                                                                                              J.