IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-822 |
| $8,697 in UNITED STATES CURRENCY; | ) ) ) | |
| A 1997 BMW VEHICLE, VIN WBADD6324VBW17674; | ) ) ) | |
| A 1997 FORD EXPEDITION VEHICLE, VIN 1FMFU18L7VLC01947; | ) ) ) | |
| Defendant. | ) | |

ORDER

AND NOW, this 3rd day of July, 2009, it is hereby,

ORDERED, ADJUDGED, and DECREED that the stay on the case at Civil Action No. 06-822 is lifted.

IT IS FURTHER ORDERED that in the event that either LaVerne Thornton or Mark Yarbrough, Sr. wishes to contest the forfeiture of the Defendant Property, they shall have until August 3, 2009 to file a claim and answer purusant to 18 U.S.C. §983(a)(4). The United States shall serve a copy of this Order upon LaVerne Thornton and Mark Yarbrough, Sr.

United States District Judge