IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-822 |
| $8,697 in UNITED STATES CURRENCY; | ) ) ) |
| A 1997 BMW VEHICLE, VIN WBADD6324VBW17674; | ) ) ) |
| A 1997 FORD EXPEDITION VEHICLE, VIN 1FMFU18L7VLC01947; | ) ) ) |
| Defendant. | ) |

**ORDER**

AND NOW, this 23rd day of July, 2009, it is hereby,

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved and incorporated by reference in its entirety into this Order.

It is further ORDERED that Mark Yarbrough, Sr. shall have until September 3, 2009 within which to file a claim and answer at Civil Action No. 06-822 pursuant to 21 U.S.C. § 881 and the Supplemental Rules of Admiralty and Maritime Claims.

_____
United States District Court