IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-822 |
| ) | |
| $8,697 in UNITED STATES CURRENCY; ) | |
| ) | |
| A 1997 BMW VEHICLE, ) | |
| VIN WBADD6324VBW17674; ) | |
| ) | |
| A 1997 FORD EXPEDITION VEHICLE, ) | |
| VIN 1FMFU18L7VLC01947; ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, this 27th day of April, 2011, it is hereby ORDERED, ADJUDGED, and DECREED that the civil forfeiture action at Civil Action No. 06-822, be, and hereby is, stayed pending the appeal of the related criminal case at Criminal No. 06-203. The Clerk shall mark this case administratively closed.

_____ J.