IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-822 |
| | ) | |
| $8,697 in UNITED STATES CURRENCY; | ) | |
| | ) | |
| A 1997 BMW VEHICLE, | ) | |
| VIN WBADD6324VBW17674; | ) | |
| | ) | |
| A 1997 FORD EXPEDITION VEHICLE, | ) | |
| VIN 1FMFU18L7VLC01947; | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this 5th day of Oct, 2012, it is hereby

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved, the terms of which are incorporated in their entirety herein by reference.

It is further ORDERED that the United States Marshal Service shall release, and Laverne Thornton shall accept, "as-is" the 1997 Ford Expedition vehicle, VIN 1FMFU18L7VLC01947.

The Clerk shall mark this case closed.

_____
United States District Court Judge