IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-822 |
| | ) |
| $8,697 in UNITED STATES CURRENCY; | ) |
| | ) |
| A 1997 BMW VEHICLE, | ) |
| VIN WBADD6324VBW17674; | ) |
| | ) |
| A 1997 FORD EXPEDITION VEHICLE, | ) |
| VIN 1FMFU18L7VLC01947; | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT AND FINAL ORDER OF FORFEITURE

AND NOW, this 13 day of Dec, 2012, it is hereby ORDERED, ADJUDGED, and DECREED that the 1997 Ford Expedition vehicle, VIN 1FMFU18L7VLC01947 is forfeited to the United States of America free and clear of all right, title and interest of any person or entity.

The clerk shall mark this case closed.

_____
United States District Court Judge